AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DEVON ADARIUS STURGIS

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 125-253

SHERIFF LOGAN MARSHALL, in his Official Capacity,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 5, 2026, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, the Plaintiff's Complaint is dimmessed without prejudice. This case stands clossed.



1/5/2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*Martha C. Mormeneo*
**(By)** *Deputy Clerk*

GAS Rev 10/2020